Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone: (415) 296-7070
Facsimile: (415) 296-7060

Attorneys for Plaintiff
World Surveillance Group, Inc.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA – SAN FRANCISCO DIVISION

| | |
|---|---|
| WORLD SURVEILLANCE GROUP INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LA JOLLA COVE INVESTORS, INC., a California corporation,<br><br>DOES 1-30,<br><br>Defendants. | Case No. 3:13-cv-03455 (WHO)<br><br>**STIPULATION REGARDING UPCOMING EX PARTE MOTION HEARING AND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER**<br><br>Current Hearing Date: September 4, 2013<br>Time: 2:00 pm<br>Courtroom: 2 |

**STIPULATION**

Plaintiff World Surveillance Group Inc. ("WSGI") and Defendant La Jolla Cove Investors, Inc. ("La Jolla"), by and through their counsel of record, hereby file the following stipulation regarding the upcoming September 4, 2013 hearing of Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction ("Motion") and the time for La Jolla to respond to WSGI's Complaint:

WHEREAS both WSGI and La Jolla have agreed that private mediation of this matter may be able to resolve the disputes between the parties in this case without further Court involvement; and

WHEREAS both WSGI and La Jolla have agreed that any private mediation should take place prior to a hearing and/or briefing on the scheduled Motion and La Jolla's response to WSGI's Complaint;

NOW, THEREFORE, WSGI and La Jolla stipulate to the following:

1. That the hearing of the Motion currently scheduled for September 4, 2013 at 2:00 pm, shall be continued to October 16, 2013 at 2:00 pm;

2. That La Jolla's Opposition to WSGI's Motion will be due twenty-one (21) days prior to the October 16, 2013 hearing date;

3. That WSGI's Reply to La Jolla's Opposition will be due fourteen (14) days prior to the October 16, 2013 hearing date;

4. That the due date for La Jolla's response to WSGI's Complaint, by answer or motion, shall be extended until October 30, 2013;

5. That, in the meantime, the parties each will do everything reasonably in their power to ensure that the mediation takes place within thirty (30) days;

IT IS SO STIPULATED.

The parties hereby request that the Court affirm this stipulation by signing it pursuant to Local Rule 7-12.

WEISBERG & MILLER,

Dated: August 6, 2013

By: */s/ Craig S. Miller*
Craig S. Miller,
Attorneys for Plaintiff
World Surveillance Group Inc.

|   |   |
|---|---|
| | DLA PIPER LLP (US), |
| Dated: August 6, 2013 | */s/ Roy McDonald* <br> By:   Roy McDonald, <br>         Attorneys for Defendant <br>         La Jolla Cove Investors, Inc. |

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated: _____

The Hon. District Judge William H. Orrick

---

Page 3 of 3

**World Surveillance Group v. La Jolla Cove Investors, Inc.**
**U.S. District Court – No. District of CA (San Francisco) – Case CV 13-03455 (WHO)**
**STIPULATION RE : HEARING AND RESPONSE TO COMPLAINT**

Law Offices of
**WEISBERG & MILLER**
654 Sacramento Street • Third Floor • San Francisco • CA 94111
Phone 415•296•7070  Fax 415•296•7060