| | |
|---|---|
| 1 | DLA PIPER LLP (US) |
| 2 | ROY K. MCDONALD, Bar No. 193691 |
| | roy.mcdonald@dlapiper.com |
| 3 | 555 Mission Street, Suite 2400 |
| | San Francisco, CA 94105-2933 |
| 4 | Telephone: 415.836.2500 |
| | Facsimile: 415.836.2501 |
| 5 | Attorneys for Defendant |
| 6 | LA JOLLA COVE INVESTORS, INC., |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORLD SURVEILLANCE GROUP INC., a Delaware Corporation, | CASE NO. 3:13-cv-03455 (WHO) |
| Plaintiff, | **STIPULATION REGARDING UPCOMING EX PARTE MOTION HEARING AND TIME TO RESPOND TO COMPLAINT; ORDER** |
| v. | |
| LA JOLLA COVE INVESTORS, INC., a California corporation, and DOES 1-30 | |
| Defendants. | |

Plaintiff World Surveillance Group Inc. ("WSGI") and Defendant La Jolla Cove Investors, Inc. ("La Jolla"), by and through their counsel of record, hereby file the following stipulation regarding the upcoming October 16, 2013 hearing of Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction ("Motion") and the time for La Jolla to respond to WSGI's Complaint:

WHEREAS WSGI and La Jolla participated in private mediation of this matter with the Honorable Edward Infante on September 17, 2013;

WHEREAS WSGI and La Jolla remain engaged in settlement discussions following the mediation session;

WHEREAS both WSGI and La Jolla Cove have agreed that, in light of the ongoing settlement discussions, the hearing and/or briefing on the scheduled Motion and La Jolla's response to WSGI's Complaint should be further continued.

NOW, THEREFORE, WSGI and La Jolla stipulate to the following:

1. That the hearing of the Motion currently scheduled for October 16, 2013 at 2:00 pm, shall be continued to December 4, 2013 at 2:00 pm;

2. That La Jolla's Opposition to WSGI's Motion will be due twenty-one (21) days prior to the December 4, 2013 hearing date;

3. That WSGI's Reply to La Jolla's Opposition will be due fourteen (14) days prior to the December 4, 2013 hearing date;

4. That the due date for La Jolla's response to WSGI's Complaint, by answer or motion, shall be extended until December 18, 2013.

IT IS SO STIPULATED.

The parties hereby request that the Court affirm this stipulation by signing it pursuant to Local Rule 7-12.

Dated: September 20, 2013    WEISBERG & MILLER

By: */s/ Craig S. Miller*
Craig S. Miller
Attorneys for Plaintiff
WORLD SURVEILLANCE GROUP, INC.

Dated: September 20, 2013    DLA PIPER LLP (US)

By: */s/ Roy K. McDonald*
ROY K. MCDONALD
Attorneys for Defendant
LA JOLLA COVE INVESTORS, INC

I, Roy K. McDonald, am the ECF user whose ID and password are being used to file this STIPULATION REGARDING UPCOMING EX PARTE MOTION HEARING AND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER. In compliance with Local Rule 5-1(i)(3) Herby attest that Craig S. Miller has given his concurrence as to the filing of this pleading.

-2-
STIPULATION RE: HEARING AND RESPONSE TO COMPLAINT -
CASE NO. 3:13-cv-03455 (WHO)
WEST\242571881.1

1  **PURSUANT TO STIPULATION, IT IS SO ORDERED.**

3  Dated:  September 23, 2013

    _____
    The Hon. District Judge William H. Orrick

28

-3-
STIPULATION RE: HEARING AND RESPONSE TO COMPLAINT -
CASE NO. 3:13-cv-03455 (WHO)
WEST\242571881.1

DLA Piper LLP (US)
San Francisco