Craig S. Miller (State Bar No. No. 139682)
William S. Weisberg (State Bar No. 146284)
**WEISBERG & MILLER**
654 Sacramento Street, Third Floor
San Francisco, California 94111
Telephone:     (415) 296-7070
Facsimile:     (415) 296-7060

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD SURVEILLANCE GROUP, INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>vs.<br><br>LA JOLLA COVE INVESTORS, INC., a California corporation,<br><br>DOES 1-30,<br><br>Defendants. | Case No.  3:13-cv-03455 (WHO)<br><br>**STIPULATION REGARDING UPCOMING EX PARTE MOTION HEARING AND TIME TO RESPOND TO COMPLAINT; ORDER**<br><br>Current Hearing Date: December 4, 2013<br>Time: 2:00 p.m.<br>Floor/Court: 17, Ct. Rm. 2 |

Plaintiff World Surveillance Group, Inc. ("WSGI") and Defendant La Jolla Cove Investors, Inc. ("La Jolla"), by and through their counsel of record, hereby file the following stipulation regarding the upcoming December 4, 2013 hearing of Plaintiff's Motion for Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction ("Motion") and the time for La Jolla to respond to WSGI's Complaint:

WHEREAS WSGI and La Jolla participated in private mediation of this matter with the Honorable Edward Infante on September 17, 2013;

WHEREAS WSGI and La Jolla remain engaged in settlement discussions following the mediation session;

WHEREAS both WSGI and La Jolla have agreed that, in light of the ongoing settlement discussions, the hearing and briefing on the schedule Motion and La Jolla's response to WSGI's Complaint should be further continued to allow those settlement discussions to keep going;

WHEREAS counsel for WSGI has confirmed the availability of the Court for a January 8, 2014 hearing at 2:00 pm.

NOW, THEREFORE, WSGI and La Jolla stipulate to the following:

1. That the hearing of the Motion currently scheduled for December 4, 2013 at 2:00 pm, shall be continued to January 8, 2014 at 2:00 pm;
2. That La Jolla's Opposition to WSGI's Motion will be due twenty-one (21) days prior to the January 8, 2014 hearing date;
3. That WSGI's Reply to La Jolla's Opposition will be due fourteen (14) days prior to the January 8, 2014 hearing date;
4. That the due date for La Jolla's response to WSGI's Complaint, by answer or motion, shall be extended until January 22, 2014.

IT IS SO STIPULATED.

The parties hereby request that the Court affirm this stipulation by signing it pursuant to Local Rule 7-12.

WEISBERG & MILLER

Dated: October 31, 2013           __/s/ Craig S. Miller_____
                            By:   Craig S. Miller,
                                  Attorneys for WSGI


DLA PIPER LLP (US)

Dated: October 31, 2013           __/s/ Roy K. McDonald_____
                            By:   Roy K. McDonald,
                                  Attorneys for La Jolla

I, Craig S. Miller, am the ECF user whose ID and password are being used to file this STIPULATION REGARDING UPCOMING EX PARTE MOTION HEARING AND TIME TO RESPOND TO COMPLAINT; [PROPOSED] ORDER. In compliance with Local Rule 5-1(i)(3) hereby attest that Roy K. McDonald has given his concurrence as to the filing of this pleading.

1 | PURSUANT TO STIPULATION, IT IS SO ORDERED

2

3 | Dated: __November 4_____, 2013         _____W. H. Orrick_____

4 |                                              The Hon. District Judge William H. Orrick