1   DLA PIPER LLP (US)
    ROY K. MCDONALD, Bar No. 193691
2   roy.mcdonald@dlapiper.com
    555 Mission Street, Suite 2400
3   San Francisco, CA  94105-2933
    Telephone:     415.836.2500
4   Facsimile:      415.836.2501

5   Attorneys for Defendant
    LA JOLLA COVE INVESTORS, INC.,
6

7                          UNITED STATES DISTRICT COURT

8                      NORTHERN DISTRICT OF CALIFORNIA

9                             SAN FRANCISCO DIVISION

10  WORLD SURVEILLANCE GROUP          CASE NO.   3:13-cv-03455 (WHO)
    INC., a Delaware Corporation,
11                                    **STIPULATION WITHDRAWING EX
                  Plaintiff,          PARTE MOTION AND AGREEMENT RE:
12                                    NON-ENFORCEMENT OF AGREEMENTS;
    v.                                ORDER**
13
    LA JOLLA COVE INVESTORS, INC., a
14  California corporation, and DOES 1-30

15                Defendants.

16

17        Plaintiffs World Surveillance Group, Inc. ("WSGI") and Defendant La Jolla Cove

18  Investors, Inc. ("La Jolla") (altogether "the Parties"), by and through their counsel of record,

19  hereby file the following stipulation withdrawing WSGI's pending Ex Parte Motion for

20  Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction.  The

21  Parties further stipulate that both WSGI and La Jolla are hereby barred from enforcing, or

22  attempting to enforce, any terms of the Securities Purchase Agreement, the Equity Investment

23  Agreement, or the 4¾% Secured Convertible Debenture signed by the Parties on or around

24  January 25, 2012, as well as any related agreements or further amendments thereto (collectively

25  referred to herein as "the Agreements") including, but not limited to, issuing further notices under

26  the Agreements, pending the final resolution of this matter, *i.e*. *World Surveillance Group, Inc. v.*

27  *La Jolla Cove Investors, Inc*., Case No. 3:13-cv-03455-WHO (N.D. Cal.).  As such, the Parties

28  further state the following on the record:

1    WHEREAS the Parties signed the Agreements on or around January 25, 2012;

2    WHEREAS the Agreements set forth many obligations and requirements for both of the

3   Parties;

4    WHEREAS WSGI filed a lawsuit against La Jolla in the federal court of the Northern

5   District of California entitled *World Surveillance Group, Inc. v. La Jolla Cove Investors, Inc.*,

6   Case No. 3:13-cv-03455-WHO (N.D. Cal.) relating to the Agreements between the Parties.

7    WHEREAS WSGI filed an Ex Parte Motion for Temporary Restraining Order and Order

8   to Show Cause Regarding Preliminary Injunction in this action on July 25, 2013 requesting that

9   the Court issue an order that the Parties be enjoined from enforcing the terms of the Agreements.

10    WHEREAS the Parties have agreed that the Parties will refrain from enforcing, or

11   attempting to enforce, any part or terms of the Agreements, including, but not limited to, issuing

12   further notices under the Agreements, pending the final resolution of this matter, *i.e*. *World*

13   *Surveillance Group, Inc. v. La Jolla Cove Investors, Inc.*, Case No. 3:13-cv-03455-WHO (N.D.

14   Cal.).

15    WHEREAS WSGI, in light of the foregoing, agrees to withdraw its Ex Parte Motion for

16   Temporary Restraining Order and Order to Show Cause Regarding Preliminary Injunction in full.

17    NOW, THEREFORE, the Parties stipulate to the following:

18   1.   The Parties will *not* enforce, or attempt to enforce, any part or terms of the Agreement,

19        including, but not limited to, issuing further notices under the Agreements, pending the

20        final resolution of this matter, *i.e*. *World Surveillance Group, Inc. v. La Jolla Cove*

21        *Investors, Inc*., Case No. 3:13-cv-03455-WHO (N.D. Cal.);

22   2.   That WSGI hereby withdraws its Ex Parte Motion for Temporary Restraining Order and

23        Order to Show Cause Regarding Preliminary Injunction in full;

24   3.   That the hearing on WSGI's Ex Parte Motion for Temporary Restraining Order and Order

25        to Show Cause Regarding Preliminary Injunction shall be taken off calendar.

26

27

28

DLA PIPER LLP (US)
SAN FRANCISCO

-2-
STIPULATION EX PARTE MOTION AND NON-ENFORCEMENT OF AGREEMENTS
CASE NO. 3 :13-CV-03455 (WHO)

WEST\245550224.1

1    IT IS SO STIPULATED.

2    The parties hereby request that the Court affirm this stipulation by signing it pursuant to

3    Local Rule 7-12

4

5    Dated:  December 17, 2013                    WEISBERG & MILLER

6
                                                  By:  /s/ Craig S. Miller
7                                                      Craig S. Miller
                                                       Attorneys for Plaintiff
8                                                      WORLD SURVEILLANCE GROUP, INC.

9    Dated:  December 17, 2013                    DLA PIPER LLP (US)

10
                                                  By:  /s/ Roy K. McDonald
11                                                     ROY K. MCDONALD
                                                       Attorneys for Defendant
12                                                     LA JOLLA COVE INVESTORS, INC

13

14   I, Roy K. McDonald, am the ECF user whose ID and password are being used to file this

15   STIPULATION REGARDING UPCOMING EX PARTE MOTION HEARING AND TIME TO

16   RESPOND TO COMPLAINT; ORDER.  In compliance with Local Rule 5-1(i)(3), I hereby by

17   attest that  Craig S. Miller has given his concurrence as to the filing of this pleading.

18

19

20   **PURSUANT TO STIPULATION, IT IS SO ORDERED as modified below:**

21       The Court will hold a Case Management Conference at 2 p.m. on **January 21, 2014** in

22   Courtroom 2.  The parties shall file a Joint Case Management Statement in accordance with the

23   Local Rules on or before January 14, 2014.

24

25   Dated:  December 18, 2013

26                                                     The Hon. District Judge William H. Orrick

27

28
                                                  -3-