HEFFERNAN SEUBERT & FRENCH LLP
WILLIAM J. FRIMEL, Bar No. 160287
bill@hsfllp.com
1075 Curtis Street
Menlo Park, CA 94025
Tel: 650.322.3048

DLA PIPER LLP (US)
ROY K. MCDONALD, Bar No. 193691
roy.mcdonald@dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA 94105-2933
Telephone: 415.836.2500
Facsimile: 415.836.2501

Attorneys for Defendant
LA JOLLA COVE INVESTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORLD SURVEILLANCE GROUP INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LA JOLLA COVE INVESTORS, INC., a California corporation, and DOES 1-30<br><br>Defendants. | CASE NO. 3:13-cv-03455 (WHO)<br><br>**LA JOLLA COVE INVESTORS, INC.'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL** |

Pursuant to Civil L.R. 7-11 and 11-5, defendant La Jolla Cove Investors, Inc. ("La Jolla Cove") hereby moves the Court for an order permitting the withdrawal of its counsel of record, Roy K. McDonald of DLA Piper LLP (US), and the appearance of substitute counsel, William J. Frimel of Heffernan Seubert & French, on its behalf in this action. La Jolla Cove respectfully submits that such substitution of counsel is in the interests of justice, and this motion is not being made for purposes of delay or any other improper purpose.

La Jolla Cove, DLA Piper LLP (US), and Heffernan Seubert & French consent to such

DLA Piper LLP (US)
San Francisco

-1-
LA JOLLA COVE INVESTORS, INC.'S MOTION FOR ORDER AND [PROPOSED] ORDER
PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL - CASE NO. 3:13-CV-03455 (WHO)
WEST\245897235.1

withdrawal and substitution of counsel. Further, on January 9, 2013, counsel for plaintiff World Surveillance Group Inc., Brett Gibbs of Weisberg & Miller, was informed of the proposed substitution and confirmed that plaintiff does not oppose this motion.

Accordingly, La Jolla Cove respectfully requests that the Court enter an order permitting withdrawal and substitution of counsel for La Jolla Cove; that all necessary changes be made to the Court's records and ECF system for this case by removing Roy K. McDonald of DLA Piper LLP (US) as counsel of record and substituting in his place William J. Frimel of Heffernan Seubert & French; and that all future communications regarding this case be directed to the following:

> HEFFERNAN SEUBERT & FRENCH LLP
> WILLIAM J. FRIMEL, Bar No. 160287
> bill@hsfllp.com
> 1075 Curtis Street
> Menlo Park, CA 94025
> Tel: 650.322.3048

Respectfully submitted,

Dated: January 13, 2014    DLA PIPER LLP (US)

By: /s/ Roy K. McDonald
    ROY K. MCDONALD

Dated: January 13, 2014    HEFFERNAN SEUBERT & FRENCH

By: /s/ William J. Frimel
    WILLIAM J. FRIMEL

Attorneys for Defendant
LA JOLLA COVE INVESTORS, INC.

DLA Piper LLP (US)
San Francisco

-2-
LA JOLLA COVE INVESTORS, INC.'S MOTION FOR ORDER AND [PROPOSED] ORDER
PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL - CASE NO. 3:13-CV-03455 (WHO)

Dated: January 13, 2014   LA JOLLA COVE INVESTORS, INC.

By: */s/ Steven M. Romanoff*
STEVEN M. ROMANOFF

I, Roy K. McDonald, am the ECF user whose ID and password are being used to file this document. In compliance with Civil L.R. 5-1(i)(3), I hereby attest that William Frimel and Steven M. Romanoff have given their concurrence in the filing of this document.

### [PROPOSED] ORDER

Having reviewed and considered defendant La Jolla Cove Investors, Inc.'s Motion for Order Permitting Withdrawal and Substitution of Counsel, and good cause appearing, the Court hereby orders that Roy K. McDonald of DLA Piper LLP (US) be permitted to withdraw as counsel of record, and William J. Frimel of Heffernan Seubert & French be permitted to appear as substitute counsel of record for La Jolla Cove Investors, Inc. The Court's records and ECF system shall be updated to reflect these changes.

**IT IS SO ORDERED.**

Dated: _____, 2014

HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE

DLA Piper LLP (US)
San Francisco

-3-
LA JOLLA COVE INVESTORS, INC.'S MOTION FOR ORDER AND [PROPOSED] ORDER PERMITTING WITHDRAWAL AND SUBSTITUTION OF COUNSEL - CASE NO. 3:13-CV-03455 (WHO)