HEFFERNAN SEUBERT & FRENCH LLP
WILLIAM J. FRIMEL, Bar No. 160287
bill@hsfllp.com
1075 Curtis Street
Menlo Park, CA 94025
Tel: 650.322.3048

DLA PIPER LLP (US)
ROY K. MCDONALD, Bar No. 193691
roy.mcdonald@dlapiper.com
555 Mission Street, Suite 2400
San Francisco, CA  94105-2933
Telephone:	415.836.2500
Facsimile:	415.836.2501

Attorneys for Defendant
LA JOLLA COVE INVESTORS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| WORLD SURVEILLANCE GROUP INC., a Delaware Corporation,<br><br>Plaintiff,<br><br>v.<br><br>LA JOLLA COVE INVESTORS, INC., a California corporation, and DOES 1-30<br><br>Defendants. | CASE NO.  3:13-cv-03455 (WHO)<br><br>**STIPULATION REGARDING CASE MANAGEMENT CONFERENCE AND RESPONSE TO COMPLAINT; ORDER** |

Plaintiff World Surveillance Group Inc. ("WSGI") and Defendant La Jolla Cove Investors, Inc. ("La Jolla"), by and through their counsel of record, hereby submit the following stipulation:

WHEREAS, on November 4, 2013, the Court entered an order on a stipulation submitted by WSGI and La Jolla, which order set the due date for La Jolla's response to WSGI's Complaint, by answer or motion, to be January 22, 2014;

WHEREAS, on December 18, 2013, the Court entered an order on a stipulation submitted by WSGI and La Jolla, which order set a Case Management Conference for January 21, 2014 at

-1-
STIPULATION RE: CASE MANAGEMENT CONFERENCE AND RESPONSE TO COMPLAINT
CASE NO. 3:13-cv-03455 (WHO)

WEST\245899337.1

DLA PIPER LLP (US)
SAN FRANCISCO

1  2:00 p.m. and the filing of a Joint Case Management Statement on or before January 14, 2014;

2  WHEREAS, on January 13, 2014, La Jolla filed its Motion for Order and [Proposed]
3  Order Permitting Withdrawal and Substitution of Counsel, which motion is not opposed by
4  WSGI;

5  WHEREAS, WSGI and La Jolla have agreed that, in light of the pending motion
6  regarding the proposed withdrawal and substitution of counsel, the currently set Case
7  Management Conference and due date for La Jolla's response to WSGI's Complaint should be
8  continued.

9  NOW, THEREFORE, WSGI and La Jolla stipulate to the following:

10  1.  The due date for La Jolla's response to WSGI's Complaint, by answer or motion,
11      shall be extended until February 19, 2014.

12  2.  The Case Management Conference shall be continued until March 18, 2014 at 2:00
13      p.m., with the filing of a Joint Case Management Statement by the parties due on
14      or before March 11, 2014.

15  IT IS SO STIPULATED.

16  The parties hereby request that the Court affirm this stipulation by signing it pursuant to
17  Local Rule 7-12.

18  Dated: January 13, 2014                WEISBERG & MILLER

                                           By: */s/ Brett Gibbs*
20                                             Brett Gibbs
                                               Attorneys for Plaintiff
21                                             WORLD SURVEILLANCE GROUP, INC.

22  Dated: January 13, 2014                DLA PIPER LLP (US)

                                           By: */s/ Roy K. McDonald*
24                                             ROY K. MCDONALD

-2-
STIPULATION RE: CASE MANAGEMENT CONFERENCE AND RESPONSE TO COMPLAINT
CASE NO. 3:13-cv-03455 (WHO)

DLA PIPER LLP (US)
SAN FRANCISCO

WEST\245899337.1

Dated:  January 13, 2014              HEFFERNAN SEUBERT & FRENCH

By: */s/ William J. Frimel*
    WILLIAM J. FRIMEL

Attorneys for Defendant
LA JOLLA COVE INVESTORS, INC.

I, Roy K. McDonald, am the ECF user whose ID and password are being used to file this document.  In compliance with Civil L.R. 5-1(i)(3), I hereby attest that Brett Gibbs and William J. Frimel have given their concurrence in the filing of this document.

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

Dated:  January 14, 2014

THE HONORABLE WILLIAM H. ORRICK
UNITED STATES DISTRICT JUDGE