UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| WORLD SURVEILLANCE GROUP INC, <br> Plaintiff, <br> v. <br> LA JOLLA COVE INVESTORS, INC., <br> Defendant. | Case No. 13-cv-03455-WHO <br><br> **ORDER CONTINUING CASE MANAGEMENT CONFERENCE** <br><br> Re: Dkt. No. 30 |

Given the upcoming hearing on defendant's motion to dismiss on April 2, 2014, the Case Management Conference set for March 18, 2014 is continued until April 22, 2014 at 2:00 p.m. in Courtroom 2. The parties shall file a proposed case management schedule to supplement the recently filed Joint Case Management Statement on or before April 17, 2014.

**IT IS SO ORDERED**.

Dated: March 14, 2014



WILLIAM H. ORRICK
United States District Judge